**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES HARMON, ON HIS OWN**
**BEHALF AND ON BEHALF OF THOSE**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

-vs-                                        Case No. 6:08-cv-448-Orl-28KRS

**LEADING EDGE LOGISTICS, INC.,**
**GREGORY GARRISON,**

        **Defendants.**

## ORDER

This cause came on for consideration based on Plaintiff James Harmon's Notice of Settlement, Doc. No. 35. The parties shall file their motion to approve the settlement on or before January 22, 2009. Counsel filing the motion shall certify the precise final distribution of settlement funds among Plaintiff's back wages, attorneys' fees, and costs/expenses after application of any fee agreement between the original and opt-in plaintiffs and their counsel. The parties shall also explain how the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 8, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE